PAUL M. WARNER, United States Attorney (#3389)
ROBERT C. LUNNEN, Assistant United States Attorney (#4620)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Facsimile: (801) 524-6926

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

SEP 27 2004

MARKUS B. ZIMMER, CLERK
BY _____
DEPUTY CLERK

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

---

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTUS A. IRELAND,<br><br>Defendant. | Judge Ted Stewart<br>DECK TYPE: Criminal<br>DATE STAMP: 09/27/2004 @ 16:52:27<br>CASE NUMBER: 2:04CR00658 TS<br><br>INFORMATION<br><br>VIO. 18 U. S. C. § 844(i), (Destruction<br>of Property by Fire) |

---

The United States Attorney charges:

### COUNT I
### (18 U.S.C. § 844 (i))

On or about June 14, 2004, in the Central Division of the District of Utah,

### JUSTUS A. IRELAND,

the defendant herein, did knowingly and maliciously damage and destroy and attempt to damage

and destroy by fire any building, vehicle, real and personal property, used in interstate commerce

and in any activity affecting interstate commerce; all in violation of 18 U.S.C. § 844 (i).

DATED this the 27th day of September, 2004.

PAUL M. WARNER
United States Attorney

ROBERT C. LUNNEN
Assistant United States Attorney

09/28/04  09:49 FAX 801 524 6026          U.S. ATTORNEY                                    ☑002

AO 257
(Rev. 6/78) ⊜                                                                    PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT     ┌ Name of District Court, and/or Judge/Magistrate Location (City)

┌── OFFENSE CHARGED ─────────────

Destruction of Property
by fire
             ☐ Petty
             ☐ Minor
             ☐ Misde-
               meanor
             ☐ Felony

District of Utah, Central Division

┌── DEFENDANT — U.S. vs. ──

▶ Justus A. Ireland

Address {

Place of offense: SLC

U.S.C. Citation: 18 USC § 844(i)

Birth Date: 10/9/80
(Optional unless a juvenile)

☑ Male  ☐ Female  ☐ Alien (if applicable)

┌─────── PROCEEDING ───────
Name of Complainant Agency, or Person (& Title, if any)

USAO

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Rob Lunnen

┌─────── DEFENDANT ───────
IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☑ On another conviction

6) ☐ Awaiting trial on other charges     ☐ Fed'l ☑ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☑ Yes  ☐ No     If "Yes" give date filed _____
         Mo.   Day   Year

DATE OF ARREST ▶ _____

Or... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ▶
      Mo.   Day   Year

☐ This report amends AO 257 previously submitted

┌───── ADDITIONAL INFORMATION OR COMMENTS ─────

2:04CR658 TS