PAUL M. WARNER, United States Attorney (#3389)
ROBERT C. LUNNEN, Assistant United States Attorney (#4620)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Facsimile: (801)524-6926

RECEIVED CLERK

02   SEP 27 2004

U.S. DISTRICT COURT

RECEIVED

SEP 27 2004

SAMUEL ALBA
U.S. MAGISTRATE

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. 2:04Cr 658 TS |
| vs. | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| JUSTUS A. IRELAND, | |
| Defendant. | |

The United States Attorney for the District of Utah respectfully shows this Honorable Court

that the above named defendant, now being confined in the Salt Lake Adult Detention Center, under

the authority of the State of Utah, is to appear in United States District Court for the District of Utah

before the Honorable Magistrate Judge Samuel Alba on the 28th day of September, 2004, at 11:00

a.m., on the charges of 18 USC § 844(i), and it is necessary that the defendant be present in person

on said date, during proceedings, appearances, and final disposition of the case;

NOW, THEREFORE, your petitioner respectfully prays that this Honorable Court do

forthwith order a Writ of Habeas Corpus Ad Prosequendum to issue from this Court to the United

States Marshal for the District of Utah, or any other United States Marshal, requiring him to serve

said Writ on the Warden, or Superintendent, or custodian of any place or institution where the said

defendant is confined, and requiring said United States Marshal to produce said defendant before the

Court on the above stated date for proceedings and appearances upon the charge aforesaid, and to

hold the defendant at all times in his custody as an agent of the United States of America until final

disposition of the case, thereafter to return the defendant to the institution wherein now confined.

DATED this _27th_ day of ___September___, 2004.

PAUL M. WARNER
United States Attorney

ROBERT C. LUNNEN
Assistant United States Attorney