# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Ted Stewart

COURT REPORTER: Patti Walker
COURTROOM DEPUTY: Sandy Malley
INTERPRETER: None

CASE NO. 2:04-cr-658

USA v Justus Allen Ireland

Approved By:_____

## APPEARANCE OF COUNSEL

Pla     Rob Lunnen
Dft     Chelsea Koch, Rick MacDougall

DATE: 10/1/04

MATTER SET: Change of Plea

DOCKET ENTRY:

Defendant executes a Waiver of Indictment and Consent to Information in open court.
Defendant sworn and answers questions posed by the Court. Statement in Advance of Plea of
Guilty is executed and filed in Court. The Court finds a factual basis upon which to proceed with
this matter, and further finds the Defendant enters a plea of guilty to count 1 of the Felony
Information freely and voluntarily, with full knowledge of his legal rights and consequences of
entering the plea. The Court finds the Defendant is fully competent and accepts the guilty plea.
The Court orders a Pre-sentence Report. Tony Maxwell, USPO is present and a report will be
prepared. Court orders a psycho-sexual evaluation. Sentencing is set for 1/20/05 at 2:00 p.m.
The Defendant is remanded to the custody of USMS.

