# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Samuel Alba

COURT REPORTER: Electronic
COURTROOM DEPUTY: Stephanie Schaerrer
INTERPRETER:

DATE: 9/30/04

TAPE NO. 66

CASE NO. 2:04-CR-658 TS

LOG NO. 857 - 1044

USA vs Justus A. Ireland

Approved By:_____

## APPEARANCE OF COUNSEL

| | |
|---|---|
| Pla | Rob Lunnen, AUSA |
| Dft | Chelsea Koch |
| Dft | Rick MacDougall |
| US PO | Kevin McKenna |

MATTER SET: Detention Hearing

DOCKET ENTRY:

Defendant present in custody with counsel. PTS report reviewed, Court ordered the defendant detained. Order of detention executed.