PAUL M. WARNER, United States Attorney (#3389)
ROBERT C. LUNNEN, Assistant United States Attorney (#4620)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Facsimile: (801) 524-6926



## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 2:04-CR-0658-01-TS |
| Plaintiff, | : | GOVERNMENT'S POSITION WITH RESPECT TO SENTENCING |
| vs. | : | FACTORS |
| JUSTUS A. IRELAND, | : | Judge Ted Stewart |
| Defendant. | | |

The United States, by and through the undersigned Assistant United States Attorney

hereby submits its position with respect to sentencing factors in the above-captioned case.

The United States reviewed a copy of the Pre-sentence Report provided by Mary

Schuman, U.S. Probation Officer and does not object to either the material information provided

therein, nor to the sentencing guideline classification and calculation made by the United States

Probation Office.

DATED this _20th_ day of _December_, 2004.

PAUL M. WARNER
United States Attorney

ROBERT C. LUNNEN
Assistant United States Attorney



I HEREBY CERTIFY that I am an employee of the United States Attorney's Office for the District of Utah, and that a copy of the foregoing GOVERNMENT'S POSITION WITH RESPECT TO SENTENCING FACTORS was mailed, postage prepaid to all parties named below, this _30th_ of December, 2004.

Chelsea A. Koch
Attorney for Justus Ireland
Federal Defender's Office
46 West Broadway, Suite 110
Salt Lake City, Utah 84101

Mary Schuman
U.S. Probation Office
Salt Lake City, Utah