STEVEN B. KILLPACK, Federal Defender (#1808)
A. CHELSEA KOCH, Attorney for Defendant (#8789)
**UTAH FEDERAL DEFENDER OFFICE**
American Towers Plaza
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Facsimile: (801) 524-4060

FILED
CLERK, U S DISTRICT COURT

2005 JAN 11 A 10: 54

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTUS A. IRELAND,<br><br>Defendant. | POSITION OF DEFENDANT<br>WITH RESPECT TO<br>SENTENCING FACTORS<br><br><br><br>Case No. 2:04-CR-0658 TS |

Defendant, Justus A. Ireland, by and through his attorney of record, A. Chelsea Koch,

pursuant to Rule 32-1(b) of the Criminal Rules of Practice of the United States District Court for

the District of Utah, after reviewing the Presentence Report prepared by the U.S. Probation

Office, and conferring with opposing counsel and the probation officer, hereby states that he has

no objections to the Presentence Report.

DATED this 11th day of January, 2005.

A. CHELSEA KOCH
Attorney for Defendant



**CERTIFICATE OF DELIVERY**

I hereby certify that a true and correct copy of the foregoing **Position of Defendant with Respect to Sentencing Factors**, was mailed postage prepaid or delivered through inter-office mail to all parties named below on this _____ day of January, 2005.

Robert C. Lunnen
Assistant United States Attorney
185 South State Street, Suite 400
Salt Lake City, Utah 84111-1506

Mary Schuman
United States Probation Office

_____
Utah Federal Defender Office

2