# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Ted Stewart

COURT REPORTER: Mindy Powers
COURTROOM DEPUTY: Sandy Malley
INTERPRETER: None

CASE NO. 2:04-cr-658

USA v Justus Ireland

Approved By:_____

## APPEARANCE OF COUNSEL

Pla       Rob Lunnen
Dft       Chelsea Koch

DATE: 3/8/05

MATTER SET: Sentencing

DOCKET ENTRY:

Counsel argues for downward departure. Court DENIES motion. Defendant sentenced to 87 months custody of BOP, followed by 36 months supervised release. Standard conditions of release imposed with the following special conditions: 1) Defendant will submit to drug/alcohol testing as directed by the probation office. If testing reveals illegal drug use, the defendant shall participate in drug and/or alcohol abuse treatment under a co-payment plan, as directed by the USPO. 2) Defendant shall take any mental health medications as prescribed, and shall not possess or consume alcohol. 3) Defendant shall submit to electronic monitoring for a period of 180 days and assume the applicable costs, payable on a monthly basis. Defendant shall comply with all of the terms and conditions set forth in the Home Confinement Program Participant Agreement as provided by USPO. 4) Defendant shall register with the state sex offender registration agency in any state where he resides, is employed, carries on a vocation, or is a student, as directed by USPO. The Court orders that the presentence report may be released to the state agency for purposes of sex offender registration. 5) Defendant shall participate in a mental health and/or sex-offender treatment program as directed by USPO. 6) Defendant is restricted from visitation with individuals who are under 18 years of age without adult supervision as approved by USPO. 7) Defendant shall abide by the following occupational restrictions: Any employment shall be approved by USPO. In addition, if third-party risks are identified, the probation office is authorized to inform the defendant's employer of his supervision status. 8) Defendant shall submit his person, residence, office or vehicle to a search, conducted by a USPO at a reasonable time and in a reasonable manner, based upon reasonable

suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition. 9) Pursuant to 42 U.S.C. § 14135a and 10 U.S.C. § 1565, as authorized in Section 3 of the DNA Analysis Backlog Elimination Act of 2000 and Section 203 of the Justice for All Act of 2004, the defendant shall submit to the collection of a DNA sample at the direction of BOP or the United States Probation Office. Court waives the fine. A $100 SAF is imposed and due immediately. Restitution in the amount of $1,643,692.48 is imposed and payable at a rate of $250/month. Appeal rights explained. Defendant remanded to the custody of USMS.