USDC UT Approved 06/06/00    Revised 01/20/04

# United States District Court
## District of Utah

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CRIMINAL CASE** |
| **vs.** | (For Offenses Committed On or After November 1, 1987) |

FILED
U.S. DISTRICT COURT
2005 MAR 14 A 9: 16
DISTRICT OF UTAH
BY:_____ DEPUTY CLERK

**Justus A. Ireland**

Case Number:  **2:04-CR-00658-001-TS**

Plaintiff Attorney:  **Robert Lunnen**

Defendant Attorney:  **Chelsea Koch**

**Atty: CJA ___ Ret ___ FPD ✖**

Defendant's Soc. Sec. No.:  ___-___-4523

Defendant's Date of Birth:  ___-___-80

Defendant's USM No.:  **11810-081**

Defendant's Residence Address:

Midvale, UT 84047

Country _____

**3/8/05**
Date of Imposition of Sentence

Defendant's Mailing Address:

Country _____

THE DEFENDANT:

**✖** pleaded guilty to count(s)  **1 of the Indictment**

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)

COP  **10/1/04**  Verdict _____

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 U.S.C. § 844(I) | Destruction of Property by Fire | 1 |

Entered on docket _____ by:

Deputy Clerk

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

## SENTENCE

Pursuant to the Sentencing Reform Act of 1984, it is the judgment and order of the Court that the defendant be committed to the custody of the United States Bureau of Prisons for a term of **87 months**

Upon release from confinement, the defendant shall be placed on supervised release for a term of **36 months**.

☐   The defendant is placed on Probation for a period of _____.
The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant possesses a low risk of future substance abuse. (Check if applicable.)

## SPECIAL CONDITIONS OF SUPERVISED RELEASE/PROBATION

In addition to all Standard Conditions of (Supervised Release or Probation) set forth in PROBATION FORM 7A, the following Special Conditions are imposed: (see attachment if necessary)

1. Defendant will submit to drug/alcohol testing as directed by the probation office. If testing reveals illegal drug use, the defendant shall participate in drug and/or alcohol abuse treatment under a co-payment plan, as directed by the USPO.

2. Defendant shall take any mental health medications as prescribed, and shall not possess or consume alcohol.

3. Defendant shall submit to electronic monitoring for a period of 180 days and assume the applicable costs, payable on a monthly basis. Defendant shall comply with all of the terms and conditions set forth in the Home Confinement Program Participant Agreement as provided by USPO.

4. Defendant shall register with the state sex offender registration agency in any state where he resides, is employed, carries on a vocation, or is a student, as directed by USPO. The Court orders that the presentence report may be released to the state agency for purposes of sex offender registration.

5. Defendant shall participate in a mental health and/or sex-offender treatment program as directed by USPO.

6. Defendant is restricted from visitation with individuals who are under 18 years of age without adult supervision as approved by USPO.

7. Defendant shall abide by the following occupational restrictions: Any employment shall be approved by USPO. In addition, if third-party risks are identified, the probation office is authorized to inform the defendant's employer of his supervision status.

8. Defendant shall submit his person, residence, office or vehicle to a search, conducted by a USPO at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

9. Pursuant to 42 U.S.C. § 14135a and 10 U.S.C. § 1565, as authorized in Section 3 of the DNA Analysis Backlog Elimination Act of 2000 and Section 203 of the Justice for All Act of 2004, the defendant shall submit to the collection of a DNA sample at the direction of BOP or the United States Probation Office.

## CRIMINAL MONETARY PENALTIES

### FINE

The defendant shall pay a fine in the amount of   $ __**waived**__ , payable as follows:

☐ forthwith.

☐ in accordance with the Bureau of Prison's Financial Responsibility Program while incarcerated and thereafter pursuant to a schedule established by the U.S. Probation office, based upon the defendant's ability to pay and with the approval of the court.

☐ in accordance with a schedule established by the U.S. Probation office, based upon the defendant's ability to pay and with the approval of the court.

☐ other:

_____

☐ The defendant shall pay interest on any fine more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f).

☐ The court determines that the defendant does not have the ability to pay interest and pursuant to 18 U.S.C. § 3612(f)(3), **it is ordered that:**

☐ The interest requirement is waived.

☐ The interest requirement is modified as follows:

_____

### RESTITUTION

**The defendant shall make restitution to the following payees in the amounts listed below:**

| Name and Address of Payee | Amount of Loss | Amount of Restitution Ordered |
|---|---|---|
| Stock Building Supply<br>West Regional Operations<br>1843 West 4000 South<br>Roy, UT 84067 | 1,643,692.48 | 1,643.692.48 |
| **Totals:** | $ **1,643,692.48** | $ **1,643,692.48** |

(*See* attachment if necessary.)  All restitution payments must be made through the Clerk of Court, unless directed otherwise.  If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless otherwise specified.

☒ Restitution is payable as follows:

☐ in accordance with a schedule established by the U.S. Probation Office, based upon the defendant's ability to pay and with the approval of the court.

☒ other:
**At a rate of $250/month upon release from incarceration.** _____

☐ The defendant having been convicted of an offense described in 18 U.S.C. § 3663A(c) and committed on or after 04/25/1996, determination of mandatory restitution is continued until _____

pursuant to 18 U.S.C. § 3664(d)(5)(not to exceed 90 days after sentencing).
☐ An Amended Judgment in a Criminal Case will be entered after such determination

## SPECIAL ASSESSMENT

The defendant shall pay a special assessment in the amount of $  __100.00__  , payable as follows:
☒ forthwith.

☐ _____

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid

## PRESENTENCE REPORT/OBJECTIONS

The court adopts the factual findings and guidelines application recommended in the presentence report except as otherwise stated in open court.

## DEPARTURE

None.

## RECOMMENDATION

☒ Pursuant to 18 U.S.C. § 3621(b)(4), the Court makes the following recommendations to the Bureau of Prisons:
**1) Participation in RDAP Program.  2) Mental health treatment.**

## CUSTODY/SURRENDER

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal    for this district at
_____ on  _____ .

☐ The defendant shall report to the institution designated by the Bureau of Prisons   by
_____ Institution's local time, on  _____ .

DATE: __3/11/05__

**Ted Stewart
United States District Judge**

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

United States District Court
for the
District of Utah
March 14, 2005

\* \* CERTIFICATE OF SERVICE OF CLERK \* \*

Re:   2:04-cr-00658

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

Mr. Robert C Lunnen, Esq.
US ATTORNEY'S OFFICE
,
EMAIL

Mr. Richard G MacDougall, Esq.
UTAH FEDERAL DEFENDER OFFICE
46 W BROADWAY STE 110
SALT LAKE CITY, UT  84101
EMAIL

A. Chelsea Koch, Esq.
UTAH FEDERAL DEFENDER OFFICE
46 W BROADWAY STE 110
SALT LAKE CITY, UT  84101
EMAIL

United States Marshal Service
DISTRICT OF UTAH
,
EMAIL

US Probation
DISTRICT OF UTAH
,
EMAIL